[*94]      *ANDREW TEAL *et al.* agt. OLIVER TINNEY *et al.*

The *title of the court* should appear *in* or *on* a declaration, filed and served.

*February Term,* 1846.

MOTION by defendant to set aside default and subsequent proceedings, for irregularity.

The declaration filed in this cause, the copy declarations served on each of the defendants, and the copy declaration containing the sheriff's return, upon which the default was entered, *were not entitled in any court.* They commenced as follows: " Of the term of July, to wit, of the eleventh day of October, as yet of the term of July," &c.

The indorsement on the back of each was as follows: " State of New York;" and then followed the names of the plaintiffs and defendants.

Van Rensselaer agt. Petrie.

Defendants stated that they should have pleaded in the suit, if they had known what court they were required to plead in.

A. WORDEN, *defendants' counsel.*
SETH C. HART, *defendants' attorney.*
M. T. REYNOLDS, *plaintiffs' counsel.*
SILL, KIDDER & BRADFORD, *plaintiffs' attorneys.*

BRONSON, Chief Justice. Granted the motion, with $10 costs, with leave to plaintiffs to amend, by inserting in the narrs the title of the court, and the defendants leave to plead in twenty days after service of amended declaration.